[No. 34021-6-II. Division Two. December 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RODI PETER YACAPIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00888-1, James E. Rulli, J., entered October 17, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34037-2-II. Division Two. December 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID J. CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00410-2, David E. Foscue, J., entered October 31, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 34048-8-II. Division Two. December 5, 2006.]

THE CITY OF HOQUIAM, *Respondent*, v. JOHN R. WYSS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-2-00925-8, F. Mark McCauley, J., entered October 17, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 33879-3-II. Division Two. December 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT JOSEPH FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-00565-5, John F. Nichols, J., entered April 8, 2004. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Hunt, J.